■ In the Matter of JOSE M.—Insofar as it seeks leave to appeal to Court of Appeals, motion denied, and granted wherein it seeks reargument and reconsideration; and upon reargument, this Court's unpublished order (Appeal No. 44446) entered on April 2, 1992 is recalled and vacated and a new order substituted therefor. (See, Matter of Jose M., 186 AD2d 388 [decided herewith].) Concur—Ellerin, J. P., Wallach, Ross and Asch, JJ.